SIDNEY S. STEARNS, EARL HOWARD, Harry Blumin, and Super Vent Window Company, a Florida Corporation, v. ROSE RIESNER, a Free Dealer, et al.

7 So. (2nd) 460  Division B
April 14, 1942

H. H. Taylor and Shepard Broad, for petitioners;
L. A. Schroeder, Jr., for respondents.

PER CURIAM:

After examination of the petition for certiorari and the brief of the petitioner the court is of the opinion that the petition should be denied. It is so ordered.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.